MCH

MCH

Case 1:10-cr-00398-RDB   Document 1   Filed 07/07/10   Page 1 of 2

ABD:USAO#2010R00309

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. RDB-10-0398 |
| | : | |
| v. | : | (Felon in Possession of a |
| | : | Firearm, 18 U.S.C. §922(g)(1)) |
| **TRAVIS GAINES,** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

...oOo...

## INDICTMENT

## COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about January 26, 2009, in the District of Maryland,

**TRAVIS GAINES**

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess the following firearm in and affecting commerce: one .380 semi-automatic pistol, serial number 092298.

18 U.S.C. §922(g)(1)

FILED 2010 JUL -7 P 12: 36 U.S. DISTRICT COURT DISTRICT OF MARYLAND CLERK'S OFFICE AT BALTIMORE BY____ DEPUTY

## FORFEITURE

As a result of the offenses set forth in this indictment, the defendant,

**TRAVIS GAINES,**

shall forfeit to the United States the firearm identified in the indictment and involved in that offense.

18 U.S.C. § 924(d)

_____
Rod J. Rosenstein
United States Attorney

A TRUE BILL

SIGNATURE REDACTED

Foreperson

Date: July 7, 2010