

ABD:USAO#2010R00309

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUL 28 P 3:50

CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. RDB-10-0398 |
| v. | (Felon in Possession of a Firearm, 18 U.S.C. §922(g)(1)) |
| TRAVIS GAINES, | |
| Defendant | |

...oOo...

## SUPERCEDING INDICTMENT

### COUNT ONE

The Grand Jury for the District of Maryland charges:

On or about January 26, 2010, in the District of Maryland,

**TRAVIS GAINES**

the defendant herein, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess the following firearm in and affecting commerce: one Bryco [~~Jennings~~] model 48 .380 semi-automatic pistol, serial number 092298.

18 U.S.C. §922(g)(1)

## FORFEITURE

As a result of the offenses set forth in this indictment, the defendant,

**TRAVIS GAINES,**

shall forfeit to the United States the firearm identified in the indictment and involved in that offense.

18 U.S.C. § 924(d)

_Rod Rosenstein/ABD_
Rod J. Rosenstein
United States Attorney

A TRUE BILL

**SIGNATURE REDACTED**

Foreperson

Date: July 28, 2010