IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. RDB-10-0398 |
| TRAVIS GAINES | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUPPRESS EVIDENCE

Defendant Travis Gaines, ("Mr. Gaines"), by and through his undersigned counsel, hereby respectfully moves this Court for an order suppressing evidence obtained as a result of an illegal stop, search, and seizure, as well as any statements made by Mr. Gaines, and as grounds for the motion, alleges the following:

1. Mr. Gaines is charged in a one count indictment with felon in possession of a handgun in violation of 18 U.S.C. § 922 (g).

2. This matter arises from the a stop, seizure, and search of Mr. Gaines occurring on or about January 26, 2010, in Baltimore City. At that time, Mr. Gaines, as a passenger in a vehicle driven by a third party, was stopped by law enforcement agents from the Baltimore City Police Department (BCPD).  The ostensible basis for the stop was a cracked windshield.  Mr. Gaines was seized and then searched.  The firearm at issue in this matter was taken from Mr. Gaines' person.. In addition, Mr. Gaines may have made statements to the arresting authorities, both at the time of the stop and thereafter at the police station.

3. Mr. Gaines moves for the suppression of all evidence obtained as a result of this encounter with law enforcement officers, including any statements he made, on the grounds that the stop, frisk, search, and /or seizure were in violation of the Fourth Amendment to the United States

Constitution. He requests suppression of any and all possible statements for the additional reason that the statements were taken in violation of Miranda v. Arizona, 384 U.S. 436 (1966), the Fifth Amendment to the Constitution, and were otherwise involuntary.

WHEREFORE, as a result of the constitutional violations alleged herein, Mr. Gaines requests that this Court enter an Order suppressing for use as evidence all physical evidence obtained by law enforcement officers as a result of the events underlying the instant charge. In addition, the defendant requests suppression of any and all statements in that all such statements were the product both of the Fourth and Fifth Amendment violations and/or Miranda v. Arizona.

>Respectfully submitted,
>
>JAMES WYDA
>Federal Public Defender
>
>
>_____/s/_____
>JOSEPH L. EVANS, #02055
>Assistant Federal Public Defender
>100 South Charles Street
>Tower II, Ninth Floor
>Baltimore, Maryland  21201
>(410) 962-3962 (p)
>(410) 962-0872 (f)
>Email: joseph_evans@fd.org

## STATEMENT OF POINTS AND AUTHORITIES

Brendlin v. California, 551 U.S. --, 127 S. Ct. 2400 (2007).

Brown v. Illinois, 422 U.S. 590 (1975).

McNabb v. United States, 318 U.S. 332 (1943).

Mincey v. Arizona, 437 U.S. 385 (1978).

Miranda v. Arizona, 384 U.S. 436 (1966).

United States v. Inman, 352 F.2d 954 (4th Cir. 1965).

          /s/
JOSEPH L. EVANS, #02055
Assistant Federal Public Defender

## REQUEST FOR HEARING

Pursuant to Rule 105.6 of the Local Rules of the United States District Court for the District of Maryland, a hearing is requested on the defendant's motion.

          /s/
JOSEPH L. EVANS, #02055
Assistant Federal Public Defender