UNITED STATES

vs.

TRAVIS GAINES

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 DEC -6 P 4: 31

Criminal No. RDB-10-398

CLERK'S OFFICE
AT BALTIMORE
BY____ *Kurt* _____DEPUTY

**Government's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 12 | 12/6/10 | 12/6/10 | Photo |
| 13 | 12/6/10 | 12/6/10 | Diagram |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Exhibit List (Rev. 3/1999)