**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND 21201-2705
TEL: (410) 962-3962
FAX: (410) 962-0872

JAMES WYDA                                                                                           JOSEPH L. EVANS
FEDERAL PUBLIC DEFENDER                                                  ASSISTANT FEDERAL PUBLIC DEFENDER

December 13, 2010

The Honorable Paul W. Grimm
United States Magistrate Judge
United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

        Re: United States v. Travis Gaines
           Crim. No. RDB-10-0398

Dear Judge Grimm:

      The purpose of this letter is to request a further modification of Mr. Gaines' release conditions to eliminate the requirement of electronic monitoring.

      On July 14, 2010, when Mr. Gaines was first federally indicted, the Court placed him at the Volunteers of America. Then, on November 10, 2010, the Court permitted Mr. Gaines to be placed in the custody of a third party on electronic monitoring. Mr. Gaines has had no incidents of misbehavior either at VOA or on electronic monitoring.

      In the meantime, on December 6, 2009, Judge Bennett ordered the suppression of all of the evidence in the case by reason of a fourth amendment violation. The formal order is dated December 8, 2010. While there had been a pending trial date of December 27, 2010, that date has now been canceled while the government considers the possibility of appeal. My understanding is that the government has up to 30 days to make that decision.

      In any event, given this changed circumstance, I am requesting that the Court schedule a short hearing to review Mr. Gaines' conditions of release in order to consider the elimination of the electronic monitoring requirement. We do recognize that supervision by Pretrial Services is appropriate until the government decides its course of action. If it does appeal, then presumably supervision would have to continue. Obviously, if it decides to dismiss the matter, supervision would conclude.

The Honorable Paul W. Grimm
December 13, 2010
Page 2

      I have spoken with Ayn Ducao, the Assistant U.S. Attorney responsible for this matter, and she has indicated that she is taking no position on this request.

      With the Court's permission, I would like to call Chambers to schedule a hearing time within the next week that is convenient for the Court and counsel. As always, thank you for your consideration in this matter.

      Very truly yours,

      /s/
      Joseph L. Evans, # 02055
      Assistant Federal Public Defender

cc:    Ayn Ducao, Esquire
      Assistant U.S. Attorney

      Kenneth Langston
      United States Pretrial Services